UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENE DIEHL, #764951,  )<br>　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　)<br>-v-　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>AMANDA OSBORN,　　　　)<br>　　　Defendant.　　　　)<br>　　　　　　　　　　　　　) | No. 1:12-cv-410<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed Plaintiff's complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff Gene Diehl.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   June 29, 2012              　　　　　　　　　 /s/ Paul L. Maloney         
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge